Phillip R. SANDERS, Plaintiff–Appellant,

v.

UNION PACIFIC RAILROAD COMPANY, Defendant–Appellee.

No. 97–55046.

United States Court of Appeals,
Ninth Circuit.

June 15, 1999.

Before: HUG, Jr., Chief Judge.

Upon the vote of a majority of nonrecused regular active judges of this court, it is ordered that this case be reheard by the en banc court pursuant to Circuit Rule 35–3. The three-judge panel opinion, *Sanders v. Union Pacific Railroad Company,* 154 F.3d 1037 (9th Cir.1998) is withdrawn.